## SUPREME COURT.

### WILLIAM DIBBLEE agt. HENRY MAILLARD.

Report of referee set aside as against the weight of admissible evidence, and new
trial ordered.

*New York General Term, September*, 1859.

By the court, ROOSEVELT, Justice. Although the sum
awarded by the referee ($250) is not excessive in itself, it
is out of proportion to the damage proved. We think the
referee, while justly rejecting so much of the claim as was
founded on the alleged injury resulting from heat, and from
the condensed steam which penetrated the roof of the shed,
which the plaintiff himself had constructed against the
defendant's wall, instead of building a wall of his own, has
nevertheless unconsciously permitted the evidence on that
point to aggravate the amount allowed by him for the
alleged injury and annoyance in other respects, from the
" soot, smoke, steam and vapor which came from the chim-
ney and steam escape pipe, into the yard and back windows
of plaintiff's house."

We are reluctantly, therefore, compelled to set aside the
report as against the weight of (admissible) evidence, and
to order a new trial on payment of costs.

Order accordingly.